# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| WANITA J. FROST, | ) |
|     Plaintiff, | ) ) ) |
|     v. | ) ) Case No. 2:14-cv-00084-JDL |
| WALMART DC, | ) ) |
|     Defendant. | ) |

## ORDER ADOPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed his Recommended Decision (ECF No. 41) with the court on February 28, 2015, pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). The time within which to file objections expired on March 17, 2015, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The defendant's Motion for Summary Judgment (ECF No. 35) is **GRANTED**.

    **SO ORDERED.**

    /s/Jon D.Levy
    **United States District Judge**

Dated this 6th day of April, 2015.